IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   CRIMINAL ACTION
            v.                 :
                               :   No. 22-161
MICHAEL OHL, JR.

## ORDER

**AND NOW**, this 14th day of July, 2023, it is hereby **ORDERED** that the Defendant's motion for sentence reduction under 18 U.S.C. 3582(c)(1)(A) [Doc. 29] is **DENIED**.

BY THE COURT:

_/s/ Jeffrey L. Schmehl_
JEFFREY L. SCHMEHL, J.